IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARWICK MEYER ARCT, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2772 |
| | : | |
| TFV INVESTORS ASSOCIATES, LP, et al. | : | |
| | : | |

## ORDER

AND NOW, this 24th day of June, 2024, upon consideration of SB PB Victory LP's Motion to Reopen Case and Intervene (ECF No. 20) and Plaintiff Warwick Meyer ARCT, LLC's Response in Opposition, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.